**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GORDON HUNTINGTON HARPER, <br><br> *Movant*, <br><br> v. <br><br> SCOTTOW A. KING and <br> CAMILLE C. KING, <br><br> *Respondents*. | Civil Action No. 3:22-cv-00097 |

**MOVANT GORDON HUNTINGTON HARPER'S REQUEST FOR ENTRY OF**
**DEFAULT AGAINST RESPONDENTS SCOTTOW A. KING AND CAMILLE C. KING**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and supported by the accompanying Declaration of Daniel J. Ball in Support of Plaintiff's Request for Entry of Default, Movant Gordon Huntington Harper ("Harper" or "Movant"), through its undersigned counsel, hereby moves for Entry of Default by the Clerk of the Court against Respondents Scottow A. King and Camille C. King ("Kings" or "Defendants") for failure to answer, move or otherwise respond to the Petition filed in the above-captioned matter as required by law.

Dated: April 13, 2022     Respectfully submitted,

             */s/ Elizabeth M. Chiaviello*
             Elizabeth M. Chiaviello
             Texas Bar No. 24088913
             elizabeth.chiaviello@morganlewis.com
             **MORGAN, LEWIS & BOCKIUS LLP**
             1717 Main Street, Suite 3200
             Dallas, Texas 75201-7347
             T. (214) 466-4000
             F. (214) 466-4001

Susan Stradley*
susan.stradley@morganlewis.com
Texas Bar No. 24117102
**Morgan, Lewis & Bockius LLP**
1000 Louisiana, Suite 4000
Houston, TX 50802
T: 713.860.5000
F: 713.890.5001

Daniel J. Ball (*pro hac vice*)
daniel.ball@morganlewis.com
**Morgan, Lewis Bockius LLP**
One Federal Street
Boston, MA 02110
T: 617.341.7700
F: 617.341.7800

*Attorneys for Gordon Huntington Harper*

*\*To be permanently admitted to the Northern District of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 13th day of April 2022, with a copy of this document via the Court's CM/ECF system. I have also served a copy of the foregoing upon Respondents to their home address:

Scottow A. King and Camille C. King
2724 Purdue Avenue
Dallas, Texas 75225-7909

/s/ *Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello