**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

GORDON HUNTINGTON HARPER,

        *Movant*,

        v.

SCOTTOW A. KING and
CAMILLE C. KING,

        *Respondents*.

Civil Action No. 3:22-cv-00097

**DECLARATION OF DANIEL J. BALL IN SUPPORT OF
REQUEST FOR ENTRY OF DEFAULT**

I, Daniel J. Ball, declare pursuant to 28 U.S.C. § 1746:

1.  I am an attorney admitted *pro hac vice* to practice before this Court.  I represent Movant in the above-captioned matter.

2.  I submit this Declaration in connection with and in support of Plaintiff's Request for Entry of Default against Scottow A. King and Camille C. King ("Respondents").

3.  Unless otherwise stated, I have personal knowledge of the facts contained herein.

4.  On January 14, 2022, Plaintiff filed his Petition against Respondents, requesting, inter alia, a confirmation of an arbitration award against Respondents.  *See* Dkt. No. 1.

5.  On February 2, 2022, a Waiver of Service for Summons was signed by Respondents and filed with the Court.  *See* Dkt. No. 7.

6.  Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the deadline for the Respondents to file and serve an answer or motion under Rule 12 was March 28, 2022 (the "Response Deadline").

7.  The Response Deadline has not been extended.

8.     The Response Deadline has lapsed and no answer, motion, or other response has been received from or filed by the Respondents.

9.     To the best of my knowledge, information, and belief, Respondents are not juveniles, in the military, or have been deemed incompetent.

I declare under penalty of perjury the foregoing is true and correct.

Dated: April 13, 2022

*/s/ Daniel J. Ball*
Daniel J. Ball (*pro hac vice*)
daniel.ball@morganlewis.com
**Morgan, Lewis Bockius LLP**
One Federal Street
Boston, MA 02110
T: 617.341.7700
F: 617.341.7800

*Attorney for Gordon Huntington Harper*