UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GORDON HUNTINGTON HARPER, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:22-CV-0097-X |
| SCOTTOW A. KING and CAMILLE C. KING, | § | |
| | § | |
| *Respondents.* | § | |

# JUDGMENT

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that the arbitration award in this matter [Doc. 1-1 at 5–9] is **CONFIRMED**.

**IT IS SO ORDERED** this 3rd day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1